UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
MONIQUE MILLER FONG, On Behalf of Herself
And All Others Similarly Situated,

                Plaintiff,

vs.

LEHMAN BROTHERS HOLDINGS INC.,
RICHARD S. FULD, JR., MICHAEL L.
AINSLIE, JOHN F. AKERS, ROGER S.
BERLIND, THOMAS H. CRUIKSHANK,
MARSHA JOHNSON EVANS, SIR
CHRISTOPHER GENT, JERRY A.
GRUNDHOFER, ROLAND A. HERNANDEZ,
HENRY KAUFMAN, JOHN D. MACOMBER,
ERIN M. CALLAN, WENDY M. UVINO, THE
EMPLOYEE BENEFIT PLANS COMMITTEE,
and JOHN DOES 1-10,

                Defendants.
----------------------------------------------------------------x

Civil Action No. 08-cv-6282 (LAK)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      **PLEASE TAKE NOTICE** that Paul C. Curnin, a member of this Court in good standing, respectfully enters his appearance as counsel for defendants Lehman Brothers Holdings Inc., Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Jerry A. Grundhofer, Roland A. Hernandez, Henry Kaufman, John D. Macomber, Erin M. Callan, Wendy M. Uvino and the Employee Benefit Plans Committee in this action and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned defendants.

Dated:  July 25, 2008

Respectfully submitted,

/s/ Paul C. Curnin_____
Paul C. Curnin
pcurnin@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017-3954
(212) 455-2000
(212) 455-2502 (fax)
*Counsel for Defendants*