UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
MONIQUE MILLER FONG, On Behalf of Herself    :
And All Others Similarly Situated,           :
                                             :  Civil Action No. 08-cv-6282 (LAK)
                    Plaintiff,               :
                                             :
        vs.                                  :
                                             :
LEHMAN BROTHERS HOLDINGS INC.,               :
RICHARD S. FULD, JR., MICHAEL L.             :
AINSLIE, JOHN F. AKERS, ROGER S.             :
BERLIND, THOMAS H. CRUIKSHANK,               :
MARSHA JOHNSON EVANS, SIR                    :
CHRISTOPHER GENT, JERRY A.                   :
GRUNDHOFER, ROLAND A. HERNANDEZ,             :
HENRY KAUFMAN, JOHN D. MACOMBER,             :
ERIN M. CALLAN, WENDY M. UVINO, THE          :
EMPLOYEE BENEFIT PLANS COMMITTEE,            :
and JOHN DOES 1-10,                          :
                                             :
                    Defendants.              :
                                             :
-----------------------------------------------------------------x
```

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Eric M. Albert, a member of this Court in good standing, respectfully enters his appearance as counsel for defendants Lehman Brothers Holdings Inc., Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Jerry A. Grundhofer, Roland A. Hernandez, Henry Kaufman, John D. Macomber, Erin M. Callan, Wendy M. Uvino and the Employee Benefit Plans Committee in this action and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned defendants.

Dated:  July 25, 2008

Respectfully submitted,

/s/ Eric M. Albert
Eric M. Albert
ealbert@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017-3954
(212) 455-2000
(212) 455-2502 (fax)
*Counsel for Defendants*